STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
DANIEL VALCICH, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Arthur Penn* for the petitioner.

*Mr. James A. Tumulty, Jr.* and *Mr. George B. Campen* for the respondent.

June 30, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
EDWARD KENNEDY, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Daniel R. Coburn* for the petitioner.

*Mr. James A. Tumulty, Jr.* and *Mr. George B. Campen* for the respondent.

June 30, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
ROBERT D. BELL AND PETER J. LYNCH, DEFENDANTS-
PETITIONERS.

See same case below: 105 *N. J. Super.* 238.

*Mr. Stanley C. Van Ness* and *Miss Cynthia M. Jacob* for the petitioners.

*Mr. Michael R. Imbriani* and *Mr. S. Philip Klein* for the respondent.

June 30, 1969. Granted.